134 A.3d 27

ALEXANDER BARDIS AND MONICA BARDIS, PLAINTIFFS–RE-
SPONDENTS, v. KITTY STINSON AND STINSON CLAIMS SER-
VICES, DEFENDANTS, AND CUMBERLAND INSURANCE
GROUP, DEFENDANT–APPELLANT.

Argued January 19, 2016—Decided April 27, 2016.

*Marc L. Dembling* argued the cause for appellant (*Methfessel &
Werbel,* attorneys; *Mr. Dembling* and *Jacqueline C. Cuozzo,* on
the briefs).

*Constantine Bardis* argued the cause for respondents.

PER CURIAM.

The judgment of the Superior Court, Appellate Division is
reversed, and the Law Division's judgment is reinstated, substan-
tially for the reasons expressed in Judge Sapp–Peterson's dissent-
ing opinion, reported at 444 *N.J.Super.* 227, 240, 132 *A.*3d 930
(App.Div.2014) (Sapp–Peterson, P.J.A.D., dissenting).

*For Reversal*—Chief Justice RABNER and Justices
LaVECCHIA, ALBIN, PATTERSON, SOLOMON and Judge
CUFF (temporarily assigned)—6.

*Not Participating*—Justice FERNANDEZ–VINA.